### 21524, 21536. COTTON STATES FERTILIZER COMPANY *v.* GORDON (two cases).

BROYLES, C. J. 1. In each of these cases the motion to dismiss the bill
of exceptions, on the ground that, under the consolidation and trial to-
gether, "there was only one case to bring to this court which should
have been done by one bill of exceptions," is denied.

2. Where two actions in favor of the same plaintiffs against different
claimants were pending in the same court, and the issues involved in
them and the evidence relating thereto were so nearly identical as to
render it practicable to try both cases together before the same jury and
at the same time, it was competent for the court, with the consent of
counsel, to pass an order that the cases be consolidated to the extent
of trying them together. When the two cases were consolidated and
tried together, and the jury rendered in favor of the plaintiff a separate
verdict against each of the claimants, the proper practice was for each
claimant to file a separate motion for a new trial. *Western Assurance
Co.* v. *Way,* 98 *Ga.* 746 (27 S. E. 167); *Dickey* v. *State,* 101 *Ga.* 572 (28
S. E. 980); *Brown* v. *L. & N. R. Co.,* 117 *Ga.* 222 (43 S. E. 498);
*Harris* v. *Gano,* 117 *Ga.* 934 (44 S. E. 11).

In the instant cases, after they were consolidated and tried together, and

separate verdicts in the plaintiff's favor against the claimants respectively were returned and separate judgments entered up thereon, the two claimants filed a joint motion for a new trial, and upon the hearing of the motion the plaintiff made a timely motion to dismiss the motion for a new trial on the ground that each of the claimants should have filed a separate motion for a new trial instead of filing one joint motion. The court refused to dismiss the motion for a new trial. *Held:* The court erred in so refusing, and that error rendered the further proceedings in the case nugatory. The holding in *Citizens & Southern Bank* v. *Palmer*, 164 *Ga.* 557 (139 S. E. 55), is not contrary to the instant ruling, for in that case there was one claimant only.

*Judgments reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JULY 15, 1931.

*H. McWhorter, J. F. Floyd,* for plaintiff.
*Marion Turner,* for defendant.